**Dismissed and Opinion Filed June 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00584-CV

### WAYNE RAND, Appellant
### V.
### STEVE MCMASTERS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-13633**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Appellants' brief in this case is overdue. By postcard dated January 29, 2015, we notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


130584F.P05

          /Carolyn Wright/
          CAROLYN WRIGHT
          CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WAYNE RAND, Appellant

No. 05-13-00584-CV        V.

STEVE MCMASTERS, Appellee

On Appeal from the 68th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 11-13633.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.


In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee STEVE MCMASTERS recover his costs of this appeal from appellant WAYNE RAND.


Judgment entered June 29, 2015.